IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEDDEH,<br><br>    Plaintiff,<br><br>    v.<br><br>GANNETT CO., INC.,<br><br>    Defendant. | Case No. 24-cv-08742-MMC<br><br>**ORDER CLOSING CASE FOR STATISTICAL PURPOSES** |

By order filed March 5, 2025, the following cases were consolidated for all purposes: (1) <u>Wu v. Gannett Co., Inc</u>, Case No. 24-cv-05150-MMC; and (2) the instant case, <u>Deddeh v. Gannett Co., Inc.</u>, Case No. 24-cv-08742-MMC. All further filings in the consolidated proceeding shall be made in Case No. 24-cv-05150-MMC.

In light of the consolidation, Case No. 24-cv-08742-MMC is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of the instant case or of any claim made within it. Should further proceedings become necessary or desirable in the instant case, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: March 6, 2025

MAXINE M. CHESNEY
United States District Judge